STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:** sforman@tharpe-howell.com
**E-Mail:** cmay@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO JUAREZ<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 to 20, Inclusive<br><br>Defendants. | Case No.: 1:19-CV-00801-DAD-JLT<br><br>[**PROPOSED**] **ORDER ON JOINT STIPULATION FOR ORDER TO MODIFY THE COURT'S AUGUST 21, 2019 SCHEDULING ORDER**<br>(Doc. 22) |

Upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. The deposition of the entity may be taken no later than **June 30, 2020**.

IT IS SO ORDERED.

Dated:   **May 4, 2020**                    /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE