# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO JUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWE HOME CENTERS, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-0801- DAD - JLT<br><br>ORDER RE: SETTLEMENT CONFERENCE |

Counsel have represented that they believe that the settlement conference, set for this Friday, is likely to be productive. Thus, the matter will remain on calendar but will proceed via videoconference. Counsel and their clients are reminded that though the matter will not proceed in person, they are obligated to conduct themselves in the usual manner. For example, they SHALL have the same commitment to the process as the Court would otherwise expect.

The settlement conference will not extend beyond two hours, so the parties and counsel SHALL be prepared with their positions and understand that the process will move quickly. Toward that end, when the conference begins, the defense SHALL be prepared to make an offer without need for further conference with the client.

IT IS SO ORDERED.

　　Dated:　**June 17, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1