# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO JUAREZ, <br><br> Plaintiff, <br><br> v. <br><br> LOWE HOME CENTERS, LLC, et al., <br><br> Defendants. | Case No.: 1:19-cv-0801- DAD - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 30) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 30) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 25, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **July 31, 2020**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE