**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOLFO JUAREZ, | Case No.: 1:19-cv-0801 DAD JLT |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |
| v. | |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

On July 31, 2020, the parties jointly submitted a Notice of Settlement "to notify the Court that the parties have reached a settlement in this litigation." (Doc. 30 at 1)  Thereafter, the Court ordered the parties to file a stipulation to dismiss the action no later than September 25, 2020. (Doc. 31 at 1)  The Court advised the parties that their failure to comply with the order may result in the imposition of sanctions, including dismissal of the action. (*Id.*)  However, the parties failed to comply with or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may impose terminating sanctions, based on a party's failure to prosecute it

or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (terminating sanctions for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the parties are **ORDERED** to show cause within fourteen days why <u>terminating and/or monetary sanctions</u> should not be imposed for their failure to comply with the Court's order or to file a stipulated request for dismissal.

IT IS SO ORDERED.

Dated:   **September 28, 2020**            **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2