# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO JUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE HOME CENTERS, LLC, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-0801- DAD - JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 35) |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 35) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **October 21, 2020**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE